FILED
02/01/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WESLEY K. LUNA-SMITH, Defendant. | VIOLATION: E1102403 Location Code: M13 ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation E1102403 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation E1102403.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 4, 2021, is VACATED.

DATED this  1st  day of  February , 2020.

John Johnston
United States Magistrate Judge